# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN S. MARTINEZ CASTRO,<br><br>     Plaintiff,<br><br>     vs.<br><br>UNNAMED DEFENDANTS,<br><br>     Defendants. | 1:14-cv-01326-GSA-PC<br><br>ORDER RESOLVING MOTION FOR EXTENSION OF TIME<br>(Doc. 8.)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A CIVIL RIGHTS COMPLAINT WITHIN THIRTY (30) DAYS<br><br>ORDER REQUIRING PLAINTIFF, WITHIN FORTY-FIVE (45) DAYS, TO EITHER:<br><br>  (1)  SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>       OR<br><br>  (2)  PAY THE $400.00 FILING FEE FOR THIS ACTION<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A CIVIL RIGHTS COMPLAINT FORM AND AN APPLICATION TO PROCEED IN FORMA PAUPERIS |

     Glenn S. Martinez Castro ("Plaintiff") is a state prisoner proceeding pro se in this civil action.  On April 7, 2014, Plaintiff sent a letter to the United States District Court for the

Southern District of California, requesting assistance. (Doc. 1.) The court construed Plaintiff's letter as an attempt to file a complaint, filed the letter, and opened a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed another letter on May 27, 2014, which was construed as a motion to proceed in forma pauperis. (Doc. 3.) On July 18, 2014, Plaintiff filed a motion for extension of time to file a § 1983 complaint in this action. (Doc. 8.) On August 22, 2014, the case was transferred to the Eastern District of California. (Doc. 9.)

This action cannot proceed without a complaint on file. Thus, Plaintiff shall be granted thirty (30) days in which to file a § 1983 civil rights complaint on the court's form. The Clerk shall be directed to send Plaintiff a civil rights complaint form. Should Plaintiff wish to proceed with this case, he must fill out the form and submit it to the court with his original signature, using the applicable case number 1:14-cv-01326-GSA-PC.

Plaintiff is also required to submit a completed application to proceed in forma pauperis on the court's form, or in the alternative, to pay the $400.00 filing fee for this action, within forty-five (45) days. The Clerk shall be directed to send Plaintiff a form application to proceed in forma pauperis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a § 1983 civil rights complaint form and a form application to proceed in forma pauperis;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete and submit the court's form to file a civil rights complaint;
3. Plaintiff's complaint must be submitted on the court's form, include his original signature, and use case number 1:14-cv-01326-GSA-PC;
4. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis on the court's form, or pay the $400.00 filing fee for this action;
5. This order resolves Plaintiff's motion for extension of time filed on July 18, 2014; and

///

6.     <u>The failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **August 26, 2014**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE