# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN S. MARTINEZ CASTRO,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNNAMED DEFENDANTS, et al.,<br><br>    Defendants. | 1:14-cv-01326-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE NAMES FOR HIS DOE DEFENDANTS IN THE COMPLAINT<br>(Doc. 6.)<br><br>THIRTY DAY DEADLINE TO FILE COMPLAINT |

Glenn S. Martinez Castro ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 7, 2014, Plaintiff sent a letter to the U.S. District Court for the Southern District of California, requesting assistance.  (Doc. 1.)  The court construed Plaintiff's letter as an attempt to file a complaint, filed the letter, and opened a civil rights action pursuant to 42 U.S.C. § 1983.

Because there was no complaint on file in this case, the court issued an order on August 26, 2014, requiring Plaintiff to file a complaint within thirty days.  (Doc. 12.)  Plaintiff was granted an extension of time to file the complaint. (Doc. 15.)  On September 26, 2014, Plaintiff filed a motion for leave to amend the complaint to include names for his Doe Defendants  (Doc. 21.)

Plaintiff states that he filed a complaint in this action on September 20, 2014, and he requests leave to amend the complaint to provide names for his Doe Defendants.  However, the

court record does not show any complaint filed by Plaintiff in this case.  The court has no record of receiving a complaint submitted by Plaintiff for this action on or about September 20, 2014.

Good cause appearing, Plaintiff shall be granted another extension of time to file a complaint.  Plaintiff's motion to include names for his Doe Defendants in the complaint shall be granted.

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that:

1.   Plaintiff is GRANTED an extension of time until thirty days from the date of service of this order in which to file a complaint, pursuant to the court's order of August 26, 2014; and

2.   Plaintiff's motion to include names for his Doe Defendants in the complaint is GRANTED.

IT IS SO ORDERED.

   Dated:   **September 30, 2014**                    **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE