# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN S. MARTINEZ CASTRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. GARLO, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-01326-BAM-PC<br><br>ORDER DENYING MOTION TO RESUBMIT ORDER<br><br>(ECF NO. 27) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.

On August 27, 2015, Plaintiff filed a motion titled as a "Motion to Request and Resubmit Order Granted; To Name Unnamed Defendants." Plaintiff indicates that he has learned the names of certain unidentified defendants. The Court will address any concerns regarding unidentified defendants when it issues an order screening the October 8, 2014, first amended complaint. Until such time as a screening order issues, Plaintiff's motion is premature.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to resubmit names is denied as premature.

IT IS SO ORDERED.

　Dated:　**September 21, 2015**　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1